**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Lee A Clark<br>　　Diana L Clark<br>　　　　　　Debtor(s) | Case No. 14-26130 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 07/16/2014.

　　2)　The plan was confirmed on 11/15/2014.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　5)　The case was converted on 01/07/2017.

　　6)　Number of months from filing to last payment: 30.

　　7)　Number of months case was pending: 30.

　　8)　Total value of assets abandoned by court order: NA .

　　9)　Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,727.05 |
| Less amount refunded to debtor | $499.78 |

**NET RECEIPTS:** $10,227.27

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $448.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,448.16

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL LABORATORIES | Unsecured | 1,000.00 | 103.20 | 103.20 | 15.24 | 0.00 |
| ACL LABORATORIES | Unsecured | 100.00 | 50.19 | 50.19 | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGY CONSULT | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES UROLOGICAL SPEC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,316.00 | 1,316.85 | 1,316.85 | 236.96 | 0.00 |
| CAPITAL ONE NA | Unsecured | 87.00 | 365.22 | 365.22 | 65.72 | 0.00 |
| CARDIOLOGY MEDICAL GROUP | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,851.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Unsecured | 2,491.00 | 2,525.21 | 2,525.21 | 440.81 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 61.00 | 267.00 | 267.00 | 33.68 | 0.00 |
| Comenity Bank | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,044.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN CLINICAL PATHO | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | NA | 143.55 | 143.55 | 15.03 | 0.00 |
| DISCOVER BANK | Unsecured | 2,568.00 | 2,657.41 | 2,657.41 | 463.88 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 12,586.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| GETTINGTON | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Health Alliance | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HEALTH ALLIANCE MED PLAN INC | Unsecured | 23.00 | 23.13 | 23.13 | 0.00 | 0.00 |
| HEALTH ALLIANCE MED PLAN INC | Unsecured | 262.00 | 262.39 | 262.39 | 33.09 | 0.00 |
| ICS | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 350.98 | 350.98 | 63.16 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | 115,957.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NATIONAL | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NATIONAL | Unsecured | 16,868.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 1,789.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 150.00 | 130.05 | 130.05 | 15.02 | 0.00 |
| MARATHON PETROLEUM COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICARE PREMIUM COLLECTION C | Unsecured | 1,488.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| OASIS FUNDS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,681.00 | 4,613.57 | 4,613.57 | 830.18 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 271.00 | 371.43 | 271.43 | 47.39 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,463.00 | 1,527.82 | 1,527.82 | 266.70 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 5,384.00 | 5,585.17 | 5,585.17 | 1,005.01 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 429.00 | 509.99 | 509.99 | 89.03 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,624.00 | 1,624.42 | 1,624.42 | 283.57 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 7,388.00 | 7,388.77 | 7,388.77 | 1,329.56 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 1,965.68 | 1,965.68 | 343.13 | 0.00 |
| PULMONARY MEDICINE CONSULTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 8,958.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST ORTHOPEDIC | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| STANLEY POLIT MD | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| TIMOTHY PUTNAM | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NAT BAN | Unsecured | 1,122.00 | 1,122.29 | 1,122.29 | 201.95 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,804.32** | **$5,779.11** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,448.16 |
| Disbursements to Creditors | $5,779.11 |
| **TOTAL DISBURSEMENTS** : | **$10,227.27** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/25/2017              By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**